26 P.3d 29

# SUPREME COURT OF HAWAI'I

State v. Kaupe ................................... 22725     05/10/2001     Vacated and Remanded

Boggs v. Boggs ................................. 22656     05/21/2001     Affirmed in part, Vacated in part and Remanded

State v. Mendes ................................. 22728     05/22/2001     Affirmed/Reversed in part

Okada Trucking Co., Ltd. v. Board
  of Water Supply ................ 22956     05/21/2001     Granted

State v. Pesentheiner ............ 22605     05/04/2001     Denied     95 Hawaii 290, 22 P.3d 86